CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 19 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Civil Action No. 7:12cr00057 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **DEMARCUS MANDELL BROWN,** | ) | |
| | ) | **By: Samuel G. Wilson** |
| **Defendant.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED**
and **ADJUDGED** that defendant's motion to suppress is **DENIED**.

**ENTER**: December 19, 2012.

_____
UNITED STATES DISTRICT JUDGE