CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 7:12-cr-00057-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMARCUS MANDELL BROWN, | ) | By: Hon. Michael F. Urbanski |
| Petitioner. | ) | United States District Judge |

As a result of Petitioner's pro se filings and filings from the Assistant Federal Public Defender appointed to represent him, it had became unclear what claims were being raised pursuant to 28 U.S.C. § 2255. Consequently, the court allowed the Assistant Federal Public Defender to file one amended motion pursuant to 28 U.S.C. § 2255 that would contain all claims for relief. The amended motion has now been filed with an accompanying motion for leave to file out of time. Finding it appropriate to do so, the motion for leave is **GRANTED**, the United States' motion to dismiss the original § 2255 motion is **DENIED as moot**, and the United States shall **RESPOND** to the amended § 2255 motion (ECF No. 172) within sixty days.

It is so **ORDERED**.

Enter: This 28th day of June, 2016.

/s/ Michael F. Urbanski
United States District Judge