CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 27 2018

JULIA C DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: <u>7:12CR00057-001</u> |
| | ) |
| DEMARCUS MANDELL BROWN | ) |

IN RE:   In the Matter of Gary L. Lumsden
Virginia State Bar Docket No. 18-080-110504

## ORDER

Come now the United States Attorney, David J. Damico, Counsel for Gary Lumsden and Paulo Franco, Counsel for the Virginia State Bar, and represent to the Court that they have reached an agreement regarding release and disclosure of certain documents;

Accordingly, it is ORDERED that Counsel for Gary L. Lumsden is permitted to disclose, in response to a Subpoena Duces Tecum issued by the Virginia State Bar, any discovery materials previously disclosed to Gary Lumsden in his capacity as Attorney for DeMarcus Mandell Brown;

That said materials may be disclosed pursuant to said Subpoena Duces Tecum to Paulo Franco, Virginia State Bar Counsel, who may not further disclose them, other than to employees or staff under his direct supervision, without further order of the Court and may use them only regarding a pending and current investigation by the Virginia State Bar in the matter of Gary L. Lumsden, Virginia State Bar Docket No. 18-080-1105041; and

It is further ordered that Christine Lee and Paul Beers may refer to or disclose the same discovery materials to the Virginia State Bar, or its authorized investigator, in the same matter. These materials may not be further disclosed, other than to employees or staff under the direct supervision of the Virginia State Bar, without further order of the Court and may be used only regarding the same and pending current investigation.

ENTERED this 27th day of March, 2018.

/s/ Michael F. Urbanski
UNITED STATES DISTRICT COURT JUDGE